# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Manglona, Ramona V. | 2. Court or Organization<br><br>District Court of the Northern Mariana Islands | 3. Date of Report<br><br>12/20/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

123 Kopa di Oru Street
P. O. Box 500687
Saipan, MP 96950

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-trustee | Family trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Salary- Associate Judge, Superior Court, Northern Mariana Islands | $94,615.00 |
| 2. 2011 | Family Trust | $8,854.00 |
| 3. 2011 | Northern Mariana Islands Retirement Fund (refund of contributions) | $111,981.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Spouse's salary- Supreme Court, Northern Mariana Islands |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Guam | Personal Loan (secured by CD) | L |
| 2. | M.S. Villagomez, Inc. (family corp.) | Account payable for house maintenance and improvements | K |
| 3. | Univ. of California at Berkeley | ▓ Tuition, Room and Board paid monthly pursuant to payment plan | K |
| 4. | Univ. of Michigan at Ann Arbor | ▓ Tuition paid monthly pursuant to payment plan | K |
| 5. | American Express Optima | Credit Card | K |
| 6. | Pentagon Federal Credit Union | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Guam - cash account | B | Interest | M | T | | | | | |
| 2. Bank of Saipan - cash account | A | Interest | K | T | | | | | |
| 3. Sunset Life Insurance (Universal) | | None | J | T | | | | | |
| 4. Rental Property - DFS Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 5. Family Trust | G | Distribution | P2 | W | | | | | |
| 6. -Navy Hill 1 | | | | | | | | | |
| 7. -Navy Hill 2 | | | | | | | | | |
| 8. -Chalan Kanoa 1 | | | | | | | | | |
| 9. -Chalan Kanoa 2 | | | | | | | | | |
| 10. -DanDan 1 | | | | | | | | | |
| 11. -DanDan 2 | | | | | | | | | |
| 12. -Tuturam 1 | | | | | | | | | |
| 13. -Tuturam 2 | | | | | | | | | |
| 14. -Tuturam 3 | | | | | | | | | |
| 15. -Papago 1 | | | | | | | | | |
| 16. -Papago 2 | | | | | | | | | |
| 17. -Papago 3 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Papago 4 | | | | | | | | | |
| 19. -Papago 5 | | | | | | | | | |
| 20. -As Perdido 1 | | | | | | | | | |
| 21. -As Perdido 2 | | | | | | | | | |
| 22. -As Perdido 3 | | | | | | | | | |
| 23. -As Perdido 4 | | | | | | | | | |
| 24. -Chalan Kiya 1 | | | | | | | | | |
| 25. -Chalan Kiya 2 | | | | | | | | | |
| 26. -San Roque 1 | | | | | | | | | |
| 27. -Fina Sisu Parcels 1 to 13 | | | | | | | | | |
| 28. -Puerto Rico Village 1 | | | | | | | | | |
| 29. -Tanapag 1 | | | | | | | | | |
| 30. -San Jose Village 1 | | | | | | | | | |
| 31. -Garapan Leased property 1 | | | | | | | | | |
| 32. -San Jose Leased property 1 | | | | | | | | | |
| 33. -Rota property 1 | | | | | | | | | |
| 34. -Rota property 2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Bank of Guam cash account | | | | | | | | | |
| 36. -First Hawaiian Bank cash account | | | | | | | | | |
| 37. -Bank of Saipan cash account | | | | | | | | | |
| 38. -Money Concepts Capital Corp. fka Prime Vest cash account | | | | | | | | | |
| 39. -Bank of Guam stock | | | | | | | | | |
| 40. -Saipan Shipping Co. stock | | | | | | | | | |
| 41. -Saipan Stevedore Co., Inc. stock | | | | | | | | | |
| 42. -Duty Free Shoppers Ltd. stock | | | | | | | | | |
| 43. -Pacific Sky Travel stock | | | | | | | | | |
| 44. -San Roque Beach Dev. Corp stock | | | | | | | | | |
| 45. -M.S. Villagomez Inc. stock | | | | | | | | | |
| 46. - Money Concepts Capital Corp. | | | | | | | | | |
| 47. --- DWS Global Inflation Fund (X) | | | | | Buy | 12/29/11 | J | | |
| 48. --- JP Morgan Core Bond Fund Class A (X) | | | | | Buy | 12/29/11 | J | | |
| 49. --- Nuveen NWQ Small Midcap Value Fund (X) | | | | | Buy | 12/29/11 | J | | |
| 50. --- PIMCO Mortgage Backed (X) | | | | | Buy | 12/29/11 | J | | |
| 51. --- Chimera Invt Corp. Com. (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --- Camden Natl Bk ME CTF (X) | | | | | | | | | |
| 53. --- Captial One Bk USA Natl Assn Glen Allen Va (acct 1) (X) | | | | | | | | | |
| 54. --- Captial One Bk USA Natl Assn Glen Allen Va (acct 2) (X) | | | | | | | | | |
| 55. --- Capital One Natl Assn McLean Va (acct 1) (X) | | | | | | | | | |
| 56. --- Capital One Natl Assn McLean Va (acct 2) (X) | | | | | | | | | |
| 57. --- Discover Bk Greenwood Del (acct 1) (X) | | | | | | | | | |
| 58. --- Discover Bk Greenwood Del (acct 2) (X) | | | | | | | | | |
| 59. --- Discover Bk Greenwood Del (acct 3) (X) | | | | | | | | | |
| 60. --- Dreyfus Insured Deposits C (X) | | | | | | | | | |
| 61. --- First Bk & Tr Brookings S D (X) | | | | | | | | | |
| 62. Rental Property- Sandy Beach, Saipan (X) | C | Rent | M | V | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 12/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The assets listed on lines 52 through 61 are assets held within the family trust that were inadvertently omitted in my prior report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544